02-13-054-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00054-CV

 

 


 
 
 In re Roger Eugene Fain
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and the State’s
response and is of the opinion that relief should be denied.  Accordingly,
relator’s petition for writ of mandamus is denied.

 

PER CURIAM

 

PANEL: 
DAUPHINOT, GARDNER, and GABRIEL, JJ.

 

DELIVERED: 
March 6, 2013









          [1]See
Tex. R. App. P. 47.4, 52.8(d).